IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| PANKAJ KUMAR PATEL, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-88-CDL-AGH |
| | * |
| WARDEN, STEWART DETENTION CENTER, | |
| | * |
| Respondent. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated 10/1/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 1st day of October, 2025.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk